Certificate Number: 14912-NJ-DE-039432288

Bankruptcy Case Number: 25-11622



14912-NJ-DE-039432288

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 11, 2025</u>, at <u>10:34</u> o'clock <u>PM EDT</u>, <u>David Armaan</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

FILED
JEANNE A. NAUGHTON, CLERK
MAR 14 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

Date:   <u>March 11, 2025</u>           By:     <u>/s/Jai Bhatt</u>

                                       Name:   <u>Jai Bhatt</u>

                                       Title:  <u>Counselor</u>

A. J. Marsh
1081 Pendleton Court
Voorhees, NJ 08043

Clerk of the Court
United States Bankruptcy Court
District of New Jersey - Camden Vicinage
Mitchell H. Cohen US Courthouse
400 Cooper St, 1st Floor
Camden, NJ 08101

MAR 12 2025
FOREVER / USA